Aidan W. Butler (SBN 208399)
Attorney at Law
3540 Wilshire Blvd. Suite 1030
Los Angeles, California 90010
Telephone: (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff MARCOS M. DeMATTOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS M. DeMATTOS, an individual, <br><br>  Plaintiff, <br><br> vs. <br><br> CACV OF COLORADO, a Colorado limited liability company; NEUHEISEL LAW FIRM, P.C., an Arizona corporation; and DOES 1-10, inclusive, <br><br>  Defendants. | **CASE NO.: CV10-07199-MMM (Cwx)** <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE CASE [Fed. R. Civ. Proc. 41(a)(1)(A)(ii)]** |

**TO THE HONORABLE COURT HEREIN:**

WHEREAS all of the parties to the above-captioned matter have entered into a written settlement agreement resolving all of the issues raised in the above-captioned matter,

/ / /

/ / /

/ / /

THEREFORE, it is hereby stipulated and agreed that the entire case should now be dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

DATED: March 22, 2011          Respectfully submitted,


                               By:   */S/ Aidan W. Butler*
                                     Aidan W. Butler
                                     Attorney for Plaintiff
                                     MARCOS M. DeMATTOS


DATED: March 23, 2011          CARLSON & MESSER, LLP


                               By:   */S/ J. Grace Felipe*
                                     J. Grace Felipe
                                     Attorney for Defendant
                                     CACV OF COLORADO


DATED: March 23, 2011          LEWIS BRISBOIS BISGAARD
                               & SMITH LLP


                               By:   */S/ Larissa G. Nefulda*
                                     Larissa G. Nefulda
                                     Attorney for Defendant
                                     NEUHEISEL LAW FIRM, P.C.